**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SAMA CALIFORNIA AUTO EXPORT, INC., a California Corporation, ) ) ) Plaintiff, ) ) ) vs. ) ) ) SILKWAY WEST AIRLINES, LLC, a foreign limited liability company, ) ) ) Defendant. ) | Court No. Judge: **Jury Trial Demanded** |

**COMPLAINT AT LAW**

NOW COMES the Plaintiff, SAMA CALIFORNIA AUTO EXPORT, INC., by and through its attorneys, ORLEANS CANTY NOVY, LLC, as and for its Complaint at Law against SILKWAY WEST AIRLINES, LLC., states as follows:

**THE PARTIES**

1. At all times relevant, Plaintiff, SAMA CALIFORNIA AUTO EXPORT, INC. ("CALIFORNIA AUTO") was a California Corporation with a principal place of business located in California.

2. At all times relevant, SILKWAY WEST AIRLINES, LLC ("SILKWAY WEST") was a foreign airline with Federal Aviation Administration Designator Code 7KWF, and Federal Aviation Administration Certificate Number 7KWF434F.

3. At all times relevant, SILKWAY WEST maintained its headquarters at Heydar Aliyev International Airport in Baku, Azerbaijan.

4. Additionally, upon information and belief, at all times relevant, SILKWAY WEST managed and maintained offices and facilities in the United States in the following cities: Chicago, Dallas, Houston, Los Angeles, New York, and Seattle.

## THE INCIDENT

5. On or before May 9, 2022, CALIFORNIA AUTO, through its agents arranged for the transport of a 2022 GMC Hummer EV, VIN 1GT40FDA1NU100261 ("GMC Hummer") from Chicago, Illinois to Dubai, United Arab Emirates.

6. The GMC Hummer is a unique, rare, high value vehicle, which CALIFORNIA AUTO had arranged to sell to a buyer in Dubai, United Arab Emirates.

7. On or about May 9, 2022, CALIFORNIA AUTO, through its agents, retained SILKWAY WEST to transport the GMC Hummer from O'Hare International Airport to Al Maktoum International Airport, also known as Dubai World Central Airport. The details of the transportation arrangement are set forth in the Airway Bill of Lading is attached as **Exhibit 1**.

8. On or about May 20, 2022, the GMC Hummer was picked up by Olamide Towing Services, LLC in Chicago, Illinois and transported to O'Hare International Airport for air transit to Dubai World Central Airport.

9. On or about May 20, 2022, SILKWAY WEST took care custody, control, and possession of the GMC Hummer.

10. Upon information and belief, SILKWAY WEST kept the GMC Hummer on the tarmac at its facility at O'Hare International Airport while waiting for passage to Dubai World Central Airport.

11. On or about May 31, 2022, the GMC Hummer sustained damage to the rear of the vehicle while in the custody of SILKWAY WEST. See photographs of the GMC Hummer attached as **Exhibit 2**.

12. Upon information and belief, a representative of SILKWAY WEST caused physical damage to the GMC Hummer while the GMC Hummer was being kept at O'Hare International Airport.

13. On or about May 31, 2022, SILKWAY WEST informed CALIFORNIA AUTO that it had damaged the GMC Hummer.

14. Once it was informed about the incident, CALIFORNIA AUTO demanded certain CCTV footage documenting the incident, which SILKWAY WEST indicated exists, but failed to provide.

15. CALIFORNIA AUTO was forced to expend its own resources to investigate, document, and assess the damage to the GMC Hummer, and has incurred costs and expenses for the tow, recovery, and storage of the GMC Hummer.

16. CALIFORNIA AUTO has been and will be required to pay attorneys' fees in this matter.

17. On or about June 10, 2022, CALIFORNIA AUTO hired Vic Piermattei of IPA Consulting to retrieve the GMC Hummer from O'Hare International Airport, at a cost of $7,500.00.

18. On or about June 10, 2022, the GMC Hummer was transported from O'Hare International Airport to a storage facility in Schiller Park, Illinois for a cost of $550.00.

19. The GMC Hummer has remained in storage since June 10, 2022, at a cost of $90.00 per day.

20. On or about May 31, 2022, CALIFORNIA AUTO submitted a claim via the SILKWAY WEST web portal.

21. On or about June 13, 2022, CALIFORNIA AUTO through its attorneys supplemented the claim to SILKWAY WEST.

22. To date, no response to the claim has been provided.

**JURISDICTION AND VENUE**

23. This court has jurisdiction pursuant to 28 U.S.C §§ 1331 and 1332 as the claims for relief are between a citizen of the State of California and a citizen of different states and foreign states. Additionally, the case is premised in the liability of an air carrier transporting freight who conducts business in this District.

24. Further, pursuant to Article 33 of the Montreal Convention, jurisdiction is proper based upon the contract being made through the SILKWAY WEST branch located in Chicago, Illinois.

25. Venue is also appropriate in this District pursuant to 28 U.S.C. §1391(b)(2) as the events or omission giving rise to the claim occurred in Chicago, Illinois.

**COUNT I- CONVENTION FOR THE UNIFICATION OF CERTAIN RULES FOR INTERNATIONAL CARRIAGE BY AIR (MONTREAL 28 MAY 1999)**

26. Plaintiff, CALIFORNIA AUTO, restates and realleges Paragraphs 1-25 as paragraph 26 as if fully set forth herein.

27. That the subject shipment involves the foreign transportation of cargo (2022 GMC Hummer EV).

28. That on or about May 20, 2022, SILKWAY WEST received and accepted the subject shipment which was in good order and condition and suitable in every respect for subject transportation.

29. The subject shipment was damaged by SILKWAY WEST while on the tarmac in Chicago, Illinois awaiting to be loaded onto a SILKWAY WEST plane to Dubai, United Arab Emirates.

30. That pursuant to the Convention for the Unification of Certain Rules for International Carriage by Air (Montreal 28 May 1999) ("Montreal Convention") and Federal Common Law, SILKWAY WEST, an air carrier, is liable for damage or loss to cargo.

31. That SILKWAY WEST failed to deliver the load to Dubai, United Arab Emirates causing a total loss of the GMC Hummer, which is no longer marketable, cannot be sold, and is strictly liable under the Montreal Convention and Federal Common Law.

32. That at all times relevant, CALIFORNIA AUTO, has demanded and continues to demand payment for the cargo loss.

33. To date, SILKWAY WEST has failed to remit payment to CALIFORNIA AUTO.

WHEREFORE, the Plaintiff, SAMA CALIFORNIA AUTO EXPORT, INC., respectfully requests this Honorable Court to enter Judgment in its favor in an amount in excess of $279,600.00 against the Defendant SILKWAY WEST AIRLINES, LLC, plus costs, additional attorneys' fees, and all available interest, including pre-judgment interest and post-judgment interest as allowed by law, and for any other relief deemed just under the circumstances.

## COUNT II- NEGLIGENCE

34. Plaintiff, CALIFORNIA AUTO, restates and realleges Paragraphs 1-25 as paragraph 34 as if fully set forth herein.

35. Defendant SILKWAY WEST by and through its agents, employees, and representatives had a legal duty to use ordinary care in the transportation, storage, loading, and unloading of the GMC Hummer.

36. Defendant SILKWAY WEST by and through its agents, employees, and representatives was negligent in one or more of the following acts and/or omissions:

   a. Carelessly and negligently failed to keep the GMC Hummer free from damage while in its custody, and control;
   b. Carelessly and negligently stored the GMC Hummer on the tarmac where it could sustain damage;
   c. Carelessly and negligently drove a vehicle or other equipment into the rear of the GMC Hummer that was on the tarmac;
   d. Was otherwise careless and negligent in the storage, loading, unloading, or transportation of the GMC Hummer.

37. As a direct and proximate result of one or more of the aforesaid wrongful acts and/or omissions of Defendant SILKWAY WEST through its agents, employees, and representatives, the GMC Hummer sustained damage causing CALIFORNIA AUTO to sustain damages, including total loss of the vehicle, attorney's fees, retention of a public adjuster, towing fees, and storage fees.

WHEREFORE, the Plaintiff, SAMA CALIFORNIA AUTO EXPORT, INC., respectfully requests this Honorable Court to enter Judgment in its favor in an amount in excess of $279,600.00 against the Defendant SILKWAY WEST AIRLINES, LLC, plus costs, additional attorneys' fees, and all available interest, including pre-judgment interest and post-judgment interest as allowed by law, and for any other relief deemed just under the circumstances.

## COUNT III- GROSS NEGLIGENCE

38. Plaintiff, CALIFORNIA AUTO, restates and realleges Paragraphs 1-25 as paragraph 38 as if fully set forth herein.

39. Defendant SILKWAY WEST by and through its agents, employees, and representatives had a legal duty to use ordinary care in the transportation, storage, loading, and unloading of the GMC Hummer.

6

40. Defendant SILKWAY WEST by and through its agents, employees, and representatives was negligent in one or more of the following acts and/or omissions:

   a. Carelessly, negligently, and recklessly failed to keep the GMC Hummer free from damage while in its custody, and control;
   b. Carelessly, negligently, and recklessly stored the GMC Hummer on the tarmac where it could sustain damage;
   c. Carelessly, negligently, and recklessly drove another vehicle into the rear of the GMC Hummer causing the GMC Hummer to sustain damage;
   d. Was otherwise careless, negligent, and reckless.

41. As a direct and proximate result of one or more of the aforesaid wrongful acts and/or omissions of Defendant SILKWAY WEST through its agents, employees, and representatives, the GMC Hummer sustained damage causing CALIFORNIA AUTO to sustain damages, including total loss of the vehicle, attorney's fees, retention of a public adjuster, towing fees, and storage fees.

WHEREFORE, the Plaintiff, SAMA CALIFORNIA AUTO EXPORT, INC., respectfully requests this Honorable Court to enter Judgment in its favor in an amount in excess of $279,600.00 against the Defendant SILKWAY WEST AIRLINES, LLC, plus costs, additional attorneys' fees, and all available interest, including pre-judgment interest and post-judgment interest as allowed by law, and for any other relief deemed just under the circumstances.

### COUNT IV- NEGLIGENT HIRING, RETENTION, SUPERVISION

42. Plaintiff, CALIFORNIA AUTO, restates and realleges Paragraphs 1-25 as paragraph 42 as if fully set forth herein.

43. SILKWAY WEST had a duty to hire, train, and supervise its employees in accordance with standards of care so as not to not cause harm to CALIFORNIA AUTO or any other of its customers' property.

44. The acts and omissions of the agents, employees, and representatives of SILKWAY WEST caused extensive damages to CALIFORNIA AUTO.

45. SILKWAY WEST was negligent in hiring, training, and/or supervising its employees at O'Hare International Airport.

46. SILKWAY WEST had a duty to make sure that its employees, agents, and representatives safely operated equipment on the tarmac, and kept cargo free from damage, including the GMC Hummer.

47. SILKWAY WEST failed to make sure that its employees, agents, and representatives safely operated equipment on the tarmac, and kept cargo free from damage, including the GMC Hummer.

48. SILKWAY WEST's negligence was the proximate cause of the harm and damage CALIFORNIA AUTO suffered.

49. As a direct and proximate result of SILKWAY WEST's negligence, the GMC Hummer sustained damage causing CALIFORNIA AUTO to sustain damages, including total loss of the vehicle, attorney's fees, retention of a public adjuster, towing fees, and storage fees.

WHEREFORE, the Plaintiff, SAMA CALIFORNIA AUTO EXPORT, INC., respectfully requests this Honorable Court to enter Judgment in its favor in an amount in excess of $279,600.00 against the Defendant SILKWAY WEST AIRLINES, LLC, plus costs, additional attorneys' fees, and all available interest, including pre-judgment interest and post-judgment interest as allowed by law, and for any other relief deemed just under the circumstances.

## COUNT V- BREACH OF CONTRACT

50. Plaintiff, CALIFORNIA AUTO, restates and realleges Paragraphs 1-25 as paragraph 50 as if fully set forth herein.

51. CALIFORNIA AUTO and SILKWAY WEST entered into a valid contract to transport the GMC Hummer from O'Hare International Airport to Dubai World Central Airport.

52. The contract is a valid and enforceable contract.

53. CALIFORNIA AUTO has performed all of its obligations under the contract.

54. SILKWAY WEST breached its obligations under the contract by causing damage to the subject of the contract between the parties, the GMC Hummer.

55. As a direct and proximate result of SILKWAY WEST's breach of contract, CALIFORNIA AUTO sustained damages including total loss of the vehicle, attorney's fees, retention of a public adjuster, towing fees, and storage fees.

WHEREFORE, the Plaintiff, SAMA CALIFORNIA AUTO EXPORT, INC., respectfully requests this Honorable Court to enter Judgment in its favor in an amount in excess of $279,600.00 against the Defendant SILKWAY WEST AIRLINES, LLC, plus costs, additional attorneys' fees, and all available interest, including pre-judgment interest and post-judgment interest as allowed by law, and for any other relief deemed just under the circumstances.

## COUNT VI- BREACH OF BAILMENT

56. Plaintiff, CALIFORNIA AUTO, restates and realleges Paragraphs 1-25 as paragraph 56 as if fully set forth herein.

57. CALIFORNIA AUTO and SILKWAY WEST entered into a contract wherein SILKWAY WEST would transport the GMC Hummer from O'Hare International Airport to Dubai World Central Airport.

58. On or about May 20, 2022, CALIFORNIA AUTO had the GMC Hummer delivered to SILWAY WEST at O'Hare International Airport.

59. At all times relevant, SILKWAY WEST was an implied-in-law bailee.

60. SILKWAY WEST voluntarily received the GMC Hummer for transport to Dubai World Central Airport.

61. SILKWAY WEST failed to deliver the GMC Hummer to Dubai World Central Airport due to damage occurring to the GMC Hummer while still in Chicago, Illinois.

62. SILKWAY WEST caused the GMC Hummer to be damaged while in its custody, care and control.

63. SILKWAY WEST was forced to return the GMC Hummer to CALIFORNIA AUTO due to the damage the GMC Hummer sustained.

WHEREFORE, the Plaintiff, SAMA CALIFORNIA AUTO EXPORT, INC., respectfully requests this Honorable Court to enter Judgment in its favor in an amount in excess of $279,600.00 against the Defendant SILKWAY WEST AIRLINES, LLC, plus costs, additional attorneys' fees, and all available interest, including pre-judgment interest and post-judgment interest as allowed by law, and for any other relief deemed just under the circumstances.

**COUNT VII- VIOLATION OF ILLINOIS CONSUMER FRAUD AND DECEPTIVE BUSINESS PRACTICES**

64. Plaintiff, CALIFORNIA AUTO, restates and realleges Paragraphs 1-25 as paragraph 64 as if fully set forth herein.

65. SILKWAY WEST by and through its employees, agents, and representatives have committed fraud by withholding evidence as to how the damage to the GMC Hummer occurred.

66. SILKWAY WEST by and through its employees, agents, and representatives represented to CALIFORNIA AUTO that it had the ability to safely and properly handle the GMC Hummer with the utmost care to transport it from Chicago to Dubai.

67. SILKWAY WEST failed to handle the GMC Hummer with the utmost care.

68. As a result of these false representations regarding the GMC Hummer, SILKWAY WEST engaged in an unconscionable, false, and deceptive act or practice.

69. As a result of the false representations, CALIFORNIA AUTO has sustained damages.

70. CALIFORNIA AUTO was forced to hire attorneys, a claims consultant, and tor and recovery service to assist it in the investigation and prosecution of the claim against SILKWAY WEST.

71. SILKWAY WEST by and through its employees knew or should have known that its statements would cause this to occur.

WHEREFORE, the Plaintiff, SAMA CALIFORNIA AUTO EXPORT, INC., respectfully requests this Honorable Court to enter Judgment in its favor in an amount in excess of $279,600.00 against the Defendant SILKWAY WEST AIRLINES, LLC, plus costs, additional attorneys' fees, and all available interest, including pre-judgment interest and post-judgment interest as allowed by law, and for any other relief deemed just under the circumstances.

## **COUNT VIII- RES IPSA LOQUITOR (in the alternative)**

72. Plaintiff, CALIFORNIA AUTO, restates and realleges Paragraphs 1-25 as paragraph 72 as if fully set forth herein.

73. On May 20, 2022, SILKWAY WEST took possession, custody, and control of the GMC Hummer.

74. On or about May 31, 2022, SILKWAY WEST informed CALIFORNIA AUTO that the GMC Hummer was damaged.

11

75. Upon information and belief, the GMC Hummer was on the tarmac when the damage occurred, which is under the control of agents, employees, or representatives of SILKWAY WEST.

76. That in the normal course of events, the damage to the GMC Hummer would not have occurred if the SILKWAY WEST had used ordinary care while the GMC Hummer was under its control, custody, and management.

WHEREFORE, the Plaintiff, SAMA CALIFORNIA AUTO EXPORT, INC., respectfully requests this Honorable Court to enter Judgment in its favor in an amount in excess of $279,600.00 against the Defendant SILKWAY WEST AIRLINES, LLC, plus costs, additional attorneys' fees, and all available interest, including pre-judgment interest and post-judgment interest as allowed by law, and for any other relief deemed just under the circumstances.

## COUNT IX- DECLARATORY JUDGMENT

77. Plaintiff, CALIFORNIA AUTO, restates and realleges Paragraphs 1-25 as paragraph 77 as if fully set forth herein.

78. This count is being brought pursuant to Federal Rule of Civil Procedure 57, which allows for a declaratory judgment.

79. There is an actual controversy between the parties regarding the parties' rights, responsibilities, and duties with regard to the storage, disposal, and/or salvage of the GMC Hummer.

80. On or about June 10, 2022, CALIFORNIA AUTO took possession, control, and custody of the GMC Hummer.

81. On June 13, 2022, CALIFORNIA AUTO informed SILKWAY WEST that the vehicle was available for an inspection.

82. SILKWAY WEST has not informed CALIFORNIA AUTO that they are free to dispose of the GMC Hummer.

83. Likewise, SILKWAY WEST has not informed CALIFORNIA AUTO that they wish to inspect the GMC Hummer.

84. Plaintiff CALIFORNIA AUTO seeks a declaratory judgment that the GMC Hummer no longer needs to be kept in storage.

85. Further, SILKWAY WEST, as the air carrier, has the responsibility of disposing and/or attempting to salvage the GMC Hummer.

86. SILKWAY WEST has not disposed of the GMC Hummer and left it to CALIFORNIA AUTO to dispose of the GMC HUMMER.

87. Plaintiff CALIFORNIA AUTO seeks a declaratory judgment that the air carrier, SILKWAY WEST has the duty to dispose of the damaged GMC Hummer

WHEREFORE, the Plaintiff, SAMA CALIFORNIA AUTO EXPORT, INC., respectfully requests this Honorable Court to enter Declaratory Judgment in its favor and against SILKWAY WEST AIRLINES, LLC that the GMC Hummer no longer needs to be kept for storage, that SILKWAY WEST AIRLINES, LLC has the responsibility to dispose and/or salvage the GMC Hummer, and for any other relief deemed just under the circumstances.

| | |
|---|---|
| Quinn P. O'Grady (ARDC #6330236)<br>Jason Orleans (ARDC #6258048)<br>ORLEANS CANTY NOVY, LLC<br>65 E. Wacker Place, Suite 1220<br>Chicago, IL  60601<br>Telephone: (847) 625-8200<br>Service@ocnlaw.com | Respectfully Submitted,<br>SAMA CALIFORNIA AUTO EXPORT, INC.,<br>Plaintiff,<br><br>/s/ Jason Orleans_____<br>One of its Attorneys<br>ORLEANS CANY NOVY, LLC |